NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCIENCE AND TECHNOLOGY CORP.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**ANALYTICAL MECHANICS ASSOCIATES, INC.,**
*Defendant*

---

2025-1335

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01394-CNL, Judge Carolyn N. Lerner.

---

**O R D E R**

Upon consideration of Analytical Mechanics Associates, Inc. (AMA)'s notice of nonparticipation and the remaining parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b) wherein they agree that each party shall bear its own costs,

IT IS ORDERED THAT:

(1) The official caption is revised as shown in this order to reflect AMA's nonparticipation.

2                           SCIENCE AND TECHNOLOGY CORP. v. US

(2)  The appeal is dismissed.

(3)  Each party shall bear its own costs.

FOR THE COURT

February 4, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: February 4, 2025